■ In the Matter of Tyrone Benton, Appellant, v Walter Kelly et al., Respondents.—Motion to vacate abandonment and dismissal of appeal denied. Memorandum: Appellant has failed to show merit to this appeal as required by 22 NYCRR 1000.3 (b) (2). Present—Callahan, J. P., Doerr, Boomer, Lawton and Davis, JJ.

■ In the Matter of Kenneth Johnson, Petitioner, v Walter Kelly et al., Respondents.—Motion to vacate abandonment and dismissal of transferred proceeding granted and clerk directed to accept for filing briefs and appendices. Memorandum: Continued reliance upon the heavy workload of the Legal Aid Bureau as an excuse for the delay in perfecting the proceeding would make 22 NYCRR 1000.3 (b) (2) (i) meaningless. Therefore, we note that, in the future, we may not consider this a sufficient excuse to justify such a long delay in perfecting the proceeding, especially when no motion is made prior to the expiration of the nine-month period for an extension of time to perfect the proceeding. Present—Doerr, J. P., Boomer, Green, Lawton and Davis, JJ.